UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 10-60471-MHM |
| WILLIAM STRICKLAND RUMBLE, | § |
| VERONICA COVINGTON RUMBLE, | § CHAPTER 7 |
| | § |
| Debtors. | § |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, PAUL J. MOROCHNIK, of the firm of WEISSMANN ZUCKER EUSTER MOROCHNIK P.C., and files this Entry of Appearance and Request for Notices as attorney for GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION, a creditor and party in interest in the above-styled case, and requests receipt of all notices and orders entered in the case.

This 28th day of January, 2010.

/s/Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia Bar No. 526465

For the Firm of
WEISSMANN ZUCKER EUSTER MOROCHNIK P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Email: paul@wzlegal.com
404.364.2300
404.364.2320 facsimile

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing Entry of Appearance and Request for Notices upon the Chapter 7 Trustee and upon Debtors' counsel, by depositing a copy of same in the United States Mail with adequate postage affixed thereon addressed as follows:

>C. Brooks Thurmond III
>6 North Parkway Square
>4200 Northside Parkway
>Atlanta, GA 30327
>
>Cameron M. McCord
>Jones & Walden, LLC
>21 Eighth Street, NE
>Atlanta, GA 30309

This 28th day of January, 2010.

>/s/Paul J. Morochnik
>PAUL J. MOROCHNIK
>Georgia Bar No. 526465

For the Firm of
WEISSMANN ZUCKER EUSTER MOROCHNIK P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Email: paul@wzlegal.com
404.364.2300
404.364.2320 facsimile